COURT OF APPEALS CAUSE NOS. 05-14-00212-CR and 05-14-00213-CR
TRIAL COURT CAUSE NOS. 401-81063-2011 & 401-80435-2012

| | | |
|---|---|---|
| JOE POLANCO, Appellant | § | IN THE COURT OF CRIMINAL |
| | § | APPEALS |
| | § | |
| vs. | § | IN AUSTIN, TEXAS |
| | § | |
| THE STATE OF TEXAS, Appellee | § | 401ST JUDICIAL DISTRICT |

*denial*
*pc*
*9-10-15*

## MOTION FOR EXTENSION OF TIME TO FILE
## APPELLANT'S PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF SAID COURT:

COMES NOW, Joe Polanco, Appellant, and files this Motion for Extension of Time to File Appellant's Petition for Discretionary Review, pursuant to Rules 10.5(b) and 68.2(c), Texas Rules of Appellate Procedure. As grounds in support of this Motion, Appellant states the following:

1. The Court of Appeals for the Fifth District of Texas at Dallas issued a Memorandum Opinion on February 25, 2015.

2. The Appellant submitted to the Court a Motion for Rehearing.

3. The Motion for Rehearing was denied on March 27, 2015.

4. Appellant requests an extension of sixty (60) days to file the Petition.

5. Appellant is requesting additional time to prepare a Petition for Discretionary Review in that Appellant has continued to make efforts to try and retain an attorney to assist him in preparing a petition. Appellant has not been able to retain an attorney to assist him.

6. With more time, Appellant is hopeful that he will be able to retain an attorney to assist him in this matter.

FILED IN
COURT OF CRIMINAL APPEALS

SEP 10 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 28 2015

Abel Acosta. Clerk

1

7. If for some reason, Appellant is not able to retain an attorney, would the court consider appointing an attorney to assist Appellant in this matter. If not, Appellant will continue to seek representation.

8. If an attorney is retained, the attorney will need additional time to review all documents necessary to assist him/her in preparing a Petition for Discretionary Review.

9. Appellant's grandmother continues to suffer from Dementia. She recently suffered a terrible fall. During her treatment, it was learned that she is also suffering from Congestive Heart Failure. That has been very difficult for Appellant.

## PRAYER

Appellant prays that he be granted the relief requested in this motion and that said Court allow him a sixty (60) day extension to prepare a Petition for Discretionary Review.

Respectfully submitted,

JOE POLANCO
*pro se*
2309 Coolmist Creek
Little Elm, Texas 75069
Telephone: (972) 404-6818

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to Greg Willis, John R. Rolater, Jr., and Zeke Fortenberry, Collin County District Attorney, 2100 Bloomdale Road, Suite 20004, McKinney Texas 75071-8313 this _____ day of August, 2015.

JOE POLANCO
*pro se*

2

August 25, 2015

**Priority Mail**

Court of Criminal Appeals
P.O. Box 12308
Austin, Texas 78711

Re:     **Joe Polanco vs. The State of Texas; Petition for Review; PD-0490-15 and 0491-15**

Dear Sir or Madam:

Please find enclosed a Motion for Extension of Time to File Appellant's Petition for Discretionary Review for the Court's consideration. Per my conversation with Mark Adams from your office, being that the Petition for Review is due on August 25th, he suggested that I include the Motion for Extension of Time along with the Petition just in case the motion is not granted. If the motion is granted, then it is my understanding that the PDR will be discarded.

Thank you for your consideration in this matter.

Sincerely,

Joe Polanco

Enclosures: a/s

**ITY**®


UNITED STATES POSTAGE
PITNEY BOWES
02 1P        $ 006.00⁰
0001730069   AUG 25 2015
MAILED FROM ZIP CODE 88001

From

Joe Polanco
2309 Coolmist Creek
Little Elm, Texas 75069


**PRIORITY MAIL**
UNITED STATES POSTAL SERVICE ™
LABEL 107R, SEPT 1995

To:/De


To:

Country c

Court of Criminal Appeals
Supreme Court Building
201 W. 14ᵗʰ Street, Room 106
Austin, Texas 78701

**UNITED STATES POSTAL SERVICE**®

**USPS TRACKING #**


**9114 9999 4423 8695 8503 04**

EP14F November 2011 © U.S. Postal Service
This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments.
Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service: November 2011; All rights reserved.

Label 400 Jan. 2013
7690-16-000-7948